# Court of Appeals
# of the State of Georgia

ATLANTA, December 24, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0904. LORENZO SHELTON v. THE STATE.**

In February 2007, Lorenzo Shelton pled guilty to kidnapping and aggravated assault with intent to rape, and the trial court imposed a total sentence of 40 years in prison. In 2011, we affirmed the denial of his motion for an out-of-time appeal. *Shelton v. State*, 307 Ga. App. 599 (705 SE2d 699) (2011), overruled in part, *Collier v. State*, 307 Ga. 363, 366–67 (1), 377–78 (appx.) (834 SE2d 769) (2019). And in May 2019, we dismissed, for lack of jurisdiction, Shelton's application for discretionary review of a March 2019 trial court order denying his motion to vacate his convictions. *Shelton v. State*, Case No. A19D0460 (May 16, 2019).

In August 2025, Shelton filed another "Motion to Vacate Conviction." In an order entered on August 27, 2025, the trial court dismissed the motion in part and denied it in part. Shelton filed both an application for discretionary appeal, which we dismissed as untimely, *Shelton v. State*, Case No. A26D0144 (Nov. 5, 2025), and the instant direct appeal. We lack jurisdiction.

"It is axiomatic that the same issue cannot be relitigated ad infinitum." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000). Shelton "is not entitled to multiple bites at the apple." *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438) (2011) (holding that when defendant failed to appeal trial court's decision in a timely manner, he is thereafter bound by same). Thus, pretermitting other jurisdictional issues, Shelton's instant appeal is barred because he already appealed the same trial court order in Case No. A26D0144. *Howard v. State*, 289 Ga. 207, 207 (1) (710 SE2d 761) (2011) (defendant "cannot re-litigate here the same issues that were dismissed

in his prior appeals"); *Norris v. Norris*, 281 Ga. 566, 567–68 (2) (642 SE2d 34) (2007) (res judicata barred claim that had been raised in a prior application which this Court dismissed as untimely). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*   12/24/2025

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*